IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:

DAVID COOK,

    Plaintiff,

v.

THOMAS NEESE, II,

    Defendant.

_____/

## COMPLAINT

Plaintiff, by and through undersigned counsel, files this Complaint against Defendant and states as follows:

1. This Court has maritime jurisdiction for this maritime cause of action filed pursuant to 28 USC § 1333.

2. At all times material hereto, Plaintiff and Defendant were and still are citizens of the state of Florida. Defendant breached a contract in Nassau County Florida by his failure to make payments for dockage and other repairs to his vessel in Nassau County Florida.

3. At all times material hereto, Defendant was the owner of the F/V Miss Bonnie, and rented dock space from the Plaintiff for that vessel.

4.  On or about February 1, 2022, Defendant entered into an oral contract with the Plaintiff to provide dockage for the F/V Miss Bonnie. The F/V Miss Bonnie is still docked at the dock owned by and operated by the Plaintiff. To date, Defendant owes Plaintiff $37,175, pursuant to the oral contract between Plaintiff and Defendant. The amount Defendant owes to Plaintiff goes up by $50 per day as of June 1, 2024.

5.  Plaintiff has demanded that Defendant pay the outstanding amount owed and remove the vessel from his dock and Defendant has failed and/or refused to do so. Plaintiff has done everything necessary before filing this lawsuit to get Defendant to pay the outstanding dockage and for other repairs, and to remove the vessel from the dock. There are no more conditions precedent.

## COUNT I – BREACH OF ORAL CONTRACT

6.  Plaintiff adopts and realleges each allegation contained in paragraphs one (1) through Five (5) as though fully set forth herein and pleads as follows:

7.  Plaintiff and Defendant entered into an oral contract as described above. Defendant breached this contract by nonpayment. As a direct result of the Defendant's breach of the oral contract with the Plaintiff, Plaintiff has sustained damages in the amount of $37,175 plus $50 per day for every day after June 1, 2024, plus prejudgment interest and taxable costs.

WHEREFORE, Plaintiff demands damages against Defendant plus interest and costs.

## COUNT II – ACCOUNT STATED

8. Plaintiff adopts and realleges each allegation contained in paragraphs one (1) through five (5) as though fully set forth herein and pleads as follows:

9. Plaintiff sent invoices attached hereto as **Exhibit 1** to Defendant for the dockage of the F/V Miss Bonnie. These invoices were due once Defendant received them. Defendant never objected in writing to these invoices that are currently due by the Defendant. As a direct result of the Defendant's nonpayment of these invoices, Defendant has breached the account stated, and Plaintiff has sustained damages in the total amount of $37,175, plus $50 per day after June 1, 2024 plus prejudgment interest in taxable calls.

WHEREFORE, Plaintiff demands damages against the Defendant, plus interest and costs.

## COUNT III – UNJUST ENRICHMENT

10. Plaintiff adopts and realleges each allegation contained in paragraphs one (1) through five (5) as though fully set forth herein and pleads as follows:

11. Defendant has been unjustly enriched in the amount of $37,175 plus $50 per day after June 1, 2024 by accepting the dockage and repairs provided

by Plaintiff and not paying for these. Defendant acknowledged, accepted and benefited from this dockage and repairs provided by Plaintiff. It would be inequitable for Defendant to enjoy the benefit of this dockage and repairs without compensating Plaintiff in the amount of $37,175 plus $50 a day after June 1, 2024. As a direct result of Defendant's unjust enrichment, Plaintiff sustained damages in the amount of $37,175 plus $50 a day after June 1, 2024 plus prejudgment interest and taxable costs.

WHEREFORE, Plaintiff demands damages against Defendant, plus prejudgment interest cost.

BOYD LAW, P.A.

S/Thomas A. Boyd, Jr.
_____
Thomas A. Boyd, Jr.
Florida Bar No. 0762725
6817 Southpoint Parkway,
Suite 1801
Jacksonville, FL 32216
Phone: 904-470-0110
Fax: 904-470-0116
tim@boydmaritimelaw.com
Attorney for Plaintiff