IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:24-cv-00541-BJD-LLL

DAVID COOK,

    Plaintiff,

v.

THOMAS NEESE, II,

    Defendant.

_____/

**PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT**

Plaintiff David Cook, by and through undersigned counsel, files his Motion for Final Default Judgment and states as follows:

1. Defendant was served with the Summons and Complaint on September 11, 2024. The Return of Service issued by the Sheriff has been filed with this Court. (DE 11) Defendant has been properly served with process and Defendant has failed to file or serve any paper in response to the Summons and Complaint. Undersigned counsel has not received any paper from the Defendant. Undersigned counsel has reviewed the Docket for this case and nothing has been filed by the Defendant.

2. A Clerk's Default was entered on October 22, 2024. (DE #16) for the Defendant's failure to file or serve any paper.

3. Plaintiff's Complaint alleges a Breach of Oral Contract. Attached as **Exhibit 1** is the Declaration signed by the Plaintiff stating that the Defendant breached the oral contract. This Declaration states Plaintiff was owed $37,175 for dockage on the date the Complaint was filed and that Plaintiff is owed another $4,320 for the dockage between the date the Complaint was filed and the date the Clerk's Default was entered. Plaintiff's total damages for the Defendant's breach of oral contract is $41,495.

4. Plaintiff is not seeking Judgment for prejudgment interest or costs.

WHEREFORE, Plaintiff requests this Court to Order the Clerk of Court to enter a Final Default Judgment in favor of the Plaintiff against the Defendant in the amount of $41,495.

## MEMORANDUM OF LAW

USCS Fed Rules Civ Proc R 55(b) allows this Court to grant this Motion for Final Default Judgment and instruct the Clerk of the Court to enter this Judgment in favor of the Plaintiff.

BOYD LAW, P.A.

*S/Thomas A. Boyd, Jr.*
_____
Thomas A. Boyd, Jr.
Florida Bar No. 0762725

>6817 Southpoint Parkway,
>Suite 1801
>Jacksonville, FL 32216
>Phone: 904-470-0110
>Fax:904-470-0116
>tim@boydmaritimelaw.com
>Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, the foregoing document is being filed with this Court using the CM/ECF system and served on all counsel of record via electronic filing and served on Defendant by U.S. Mail.

>*S/Thomas A. Boyd, Jr.*
>Attorney