UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID COOK,

    Plaintiff,

v.                                                      Case No. 3:24-cv-541-BJD-LLL

THOMAS NEESE, II,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. Plaintiff filed this case on May 28, 2024. (Doc. 1). When Plaintiff failed to move the case forward, on September 5, 2024, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute. (Doc. 7). Plaintiff responded (Docs. 8 and 9) and the Court discharged the order to show cause (Doc. 12). Despite being cautioned, Plaintiff failed to move the case forward by not filing a motion for default judgment within the times prescribed by the Local Rules and Federal Rules of Civil Procedure. (Doc. 17). The Court again ordered Plaintiff to show cause why the case should not be dismissed; Plaintiff again responded; and the Court dismissed the second order to show cause. (Docs. 17, 19, and 20). On May 21, 2025, the Magistrate Judge noted Plaintiff's repeated failures to adhere to the applicable rules of procedure and

cautioned that continued failures would result in the imposition of sanctions. To date Plaintiff has filed nothing further and the time for Plaintiff to move for default judgment has passed (again). Despite this case pending for almost one and a half years, Plaintiff has done nothing to move it forward despite multiple promptings from the Court.

Accordingly, after due consideration, it is

**ORDERED:**

This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute pursuant to Local Rule 3.10 and for Plaintiff's failure to follow the Court's Orders. The Clerk of the Court shall terminate any pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this __25th__ day of September, 2025.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record